IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER E. McDOWELL,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HUMAN<br>SERVICES, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO. 22-CV-0667<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this **25TH** day of **February, 2022**, upon consideration of Plaintiff Jennifer E. McDowell's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Claims raised on behalf of McDowell's children are **DISMISSED WITHOUT PREJUDICE**; and

    b. McDowell's claims are **DISMISSED WITH PREJUDICE**.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court shall **CLOSE** this case

BY THE COURT:

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**